cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISI DAVID DEVOUX,  )  <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner of ) <br> Social Security, ) <br> ) <br> Defendants. ) <br> ) | Civil No.07cv2184 BEN (AJB) <br><br> ORDER SETTING PRE TRIAL MOTION CUT OFF |

Pursuant to Rule 16.1(e)(3) of the Local Rules, Early Neutral Evaluation/Case Management Conferences are not required in Social Security cases. Accordingly,

IT IS HEREBY ORDERED that all pretrial motions in this case must be filed with ***Judge Battaglia*** so that they may be heard on or before ***May 28, 2008***. <u>Motions shall be filed in compliance with the timing requirements set forth in Local Civil Rule 7.1 (e)(7) (i.e. motions must be filed at least 60 days prior to the date for which the matter is noticed)</u>. Motions will not be heard or calendared unless counsel for the moving party has obtained a motion hearing date from the law clerk of the judge who will hear the motion. **Be further advised that the period of time between the date of request for a motion date and the hearing date may be up to two months. Please plan accordingly**. For example, you may have to contact the judge's law clerk two months in advance of the motion cut-off to calendar

///

///

1

07CV2184

1  ///

3  the motion.  Failure to timely request a motion date may result in the motion not being heard.  <u>Motions
4  will not be heard on the above date unless you have obtained that date from the judge's law clerk.</u>
5      IT IS SO ORDERED.

7  DATED:  January 29, 2008

                                                 _____
                                               Hon. Anthony J. Battaglia
                                               U.S. Magistrate Judge
                                               United States District Court