cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISI DAVID DEVOUX,  )<br>  )<br>             Plaintiff,  )<br>v.  )<br>  )<br>MICHAEL J. ASTRUE, Commissioner of  )<br>Social Security,  )<br>  )<br>             Defendants.  )<br>  ) | Civil No.07cv2184 BEN (AJB)<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

IT IS HEREBY ORDERED that Plaintiff shall appear before Magistrate Judge Battaglia on *July 18, 2008 at 10:00 a.m.* and show cause why it should not be recommended to the District Judge that this action be dismissed pursuant to Local Civil Rule 41.1(B) and Fed. R. Civ. P. 41(b) for failure to comply with the Court's January 1, 2008 Order to file pre-trial motions.

IT IS SO ORDERED.

DATED: July 1, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court