UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISI DAVID DEVOUX,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br><br>　　　　Defendant. | CIVIL NO. 07cv2184 BEN (AJB)<br><br>ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME AND VACATING ORDER TO SHOW CAUSE |

　　　For good cause shown, the parties Joint Motion for an Extension of Time for Plaintiff to file his motion for summary judgment is granted. Plaintiff shall file his motion on or before July 21, 2008. Plaintiff will contact the Judge's clerk prior to filing the motion to obtain a hearing date. Unless the Court directs otherwise, the matter will be resolved without oral argument and personal appearances.

　　　The Order to Show Cause re: Dismissal is hereby vacated.

　　　IT IS SO ORDERED.

DATED: July 18, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28