# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISI DAVID DEVOUX,<br><br>                                Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                                Defendant. | Case No. 07cv2184 BEN (AJB)<br><br>**ORDER:**<br><br>**(1) GRANTING JOINT MOTION FOR REMAND;**<br><br>**(2) DENYING PLAINTIFF'S SUMMARY JUDGMENT MOTION WITHOUT PREJUDICE; AND**<br><br>**(3) DIRECTING ENTRY OF JUDGMENT** |

    Plaintiff Lisi David Devoux has commenced this case against Defendant Michael J. Astrue, the Commissioner of the Social Security Administration, challenging an administrative decision regarding his Social Security benefits. Dkt. No. 1 (Nov. 15, 2007). Plaintiff moved for summary judgment in July 2008. Dkt. No. 12 (July 22, 2008). The parties now jointly move to remand this case for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). Dkt. No. 14 (Aug. 25, 2008). Because good cause exists, the parties' joint motion is granted. This case is remanded to the Social Security Administration for further proceedings consistent with the terms set forth in the joint motion.

///

///

///

1     Furthermore, Plaintiff's motion for summary judgment is denied without prejudice as moot.
2 The Clerk of the Court is directed to enter judgment under Federal Rule of Civil Procedure 58.
3     IT IS SO ORDERED.
4 Dated: September 2, 2008

                        Roger T. Benitez
                        United States District Judge