# UNITED STATES DISTRICT COURT

### Southern District of California

Lisi David Devoux

                        Plaintiff,

v.                                                   Case No.: 3:07−cv−02184−BEN−AJB

                                                   Judge  Roger T. Benitez

Michael J Astrue

                        Defendant.

### JUDGMENT IN A CIVIL CASE

\_\_\_\_\_      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_**X**\_\_      **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

                                                                                  W. Samuel Hamrick, Jr.,
                                                                                             Clerk of the Court

Date: 9/3/08

                                                                    By: s/ A. Swofford−Wooden, Deputy Clerk

                                                                         ENTERED ON: September 3, 2008