# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Lisi David Devoux

      V.           **CORRECTED JUDGMENT IN A CIVIL CASE**

Michael J Astrue

**CASE NUMBER:**

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Because good cause exists, the parties joint motion is granted [14]. This case is remanded to the Social Security Administration for further proceedings consistent with the terms set forth in the joint motion. Plaintiffs motion for summary judgment [12] is denied without prejudice as moot. The Clerk of the Court is directed to enter judgment under Federal Rule of Civil Procedure 58.

| September 8, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

A. Wooden
(By) Deputy Clerk

ENTERED ON September 8, 2008

07-cv-02184-BEN (AJB)